# EXHIBIT A

## 20201 Instant Replay Policy and Protocol

Replay reviews will occur automatically in the following situations:

1) On any scoring play or potential scoring play (a play in which a decision by an official may have prevented or awarded a score, which includes a touchdown try, field goal, or safety).
2) On any turnover or potential turnover.
3) Any other play in the last two minutes of the 1st half when a call or timing error may have impacted the status of the clock.
4) Any other play in the last two minutes of the game or any overtime, when the outcome of the review would have a direct competitive impact on the game.** These plays would include but are not limited to:

- Determine if a player was in bounds or out of bounds
- Determine whether there was a catch on a pass or interception
- When the ball is ruled dead in a loose ball situation
- Determine spots that affect the line to gain or goal line
- Determine whether a kick or pass was touched
- A call or a timing error that may have impacted the status of the clock